JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Portia Mason,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Herbarium LLC,<br><br>　　　　　Defendant. | Case No. CV 21-8452-MWF (PDx)<br><br>**DEFAULT JUDGMENT AND INJUNCTION** |

　　For the reasons set forth in the separate Order Granting Plaintiff's Renewed Motion for Default Judgment, and pursuant to Rules 54(a), 55(2), 58(b)(2), and 65(d),

　　**IT IS HEREBY ORDERED, ADJUDGED** that judgment be entered in favor of Plaintiff Portia Mason and against Defendant Herbarium, LLC, in the sum

of $4,000.00 in statutory damages and $3,500.00 in attorneys' fees, for a total award of $7,500.00

It is further **ORDERED** that Defendant, through its owners, officers, servants, employees and attorneys, who receive personal notice of this Default Judgment and Injunction, shall perform the following:

(1) Modify its website (https://herbarium.la/) to achieve substantial conformance with Web Content Accessibility Guidelines (WCAG) 2.1 within 24 months of entry of judgment; and

(2) Adopt and implement a website accessibility policy within 180 days of entry of judgment whereby any changes or additions to the website will substantially conform with WCAG 2.1.

Dated:  July 7, 2023

MICHAEL W. FITZGERALD
United States District Judge